UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **ROBERT A. DOANE,** </br></br> Plaintiff </br></br> v. </br></br> **PORCH.COM, INC.** </br></br> Defendant | ) </br> ) </br> ) Civil Action No. 1:20-CV-11578-RWZ </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### ASSENTED-TO MOTION FOR ADDITIONAL THIRTY DAYS TO CONCLUDE SETTLEMENT NEGOTIATIONS

Now comes Plaintiff, by and through undersigned counsel, and respectfully moves this Court for an additional thirty days for the Parties to conclude their settlement discussions herein. In support of this motion, Plaintiff would respectfully show this Court as follows:

1. On November 20, 2020, the Parties jointly indicated to this Court that they had reached an agreement in principle to settle this case subject to the negotiation of a fully integrated settlement agreement. Following this notification, the Court entered an Order of Dismissal dismissing this action "without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated."

2. The Parties have not, as of this date, been able to negotiate the terms of a settlement agreement, as certain terms remain unresolved. While the Parties are committed to working in good faith to resolve these remaining issues, Plaintiff wishes to extend the right to reopen this action if settlement is not consummated within the next 30 days.

**WHEREFORE**, Plaintiff respectfully requests that this Court extend the right of the Parties to reopen this matter, upon good cause shown, until and including **January 19, 2021**.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

We have conferred with counsel for Porch.com, Inc., and they assent to the relief sought in this motion.

>
> ROBERT A. DOANE
>
> By his attorney
>
> /s/RICHARD B. REILING
> RICHARD B. REILING, ESQ.
> BBO # 629203
> BOTTONE | REILING
> 63 Atlantic Ave., 3rd Floor
> Boston, MA 02110
> Phone:     (617) 412-4291
> Facsimile:  (617) 412-4406
> richard@bottonereiling.com
>
> And
>
> /s/DAVID PASTOR
> DAVID PASTOR BBO # 391000
> PASTOR LAW OFFICE, LLP
> 63 Atlantic Avenue, 3d Floor
> Boston, MA 02110
> Telephone: 617.742.9700
> Email:  dpastor@pastorlawoffice.com

Dated: December 18, 2020